**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| TAYLON PERDOMO, | : | No. 25 EAP 2025 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered on |
| | : | September 15, 2025, at Docket |
| v. | : | No. 246 MD 2025. |
| | : | |
| | : | |
| PENNSYLVANIA, MR(S) ZACHARY | : | |
| MOSLAK, ESQ. CHIEF HEARING | : | |
| EXAMINER, PA.D.O.C., AND THOMAS | : | |
| MCGINLEY - SCI COAL TOWNSHIP | : | |
| FACILITY MANAGER, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                    **DECIDED: July 21, 2026**

**AND NOW,** this 21st day of July, 2026, the order of the Commonwealth Court is

**AFFIRMED**.